UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NIEASHA THOMAS, on behalf of herself and all others similarly situated,

                            Plaintiff,

- against -

ENHANCED RECOVERY COMPANY, LLC
d/b/a ERC,

                            Defendant.

Civil Action No.: 17-1885

**NOTICE OF REMOVAL**

      Defendant, Enhanced Recovery Company, LLC (sued herein as Enhanced Recovery Company, LLC d/b/a ERC) ("ERC"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York, and shows the Court as follows:

      1.     On December 1, 2016, Plaintiff, Nieasha Thomas ("Plaintiff"), filed a civil action in the Supreme Court of the State of New York, County of Suffolk, styled *Nieasha Thomas v. Enhanced Recovery Company, LLC* d/b/a ERC, Index No.: 619559/2016.

      2.     On March 24, 2017, the Summons with Notice in the above-described civil action was served on ERC's Registered Agent in Wilmington, Delaware. This Notice of Removal is being filed within thirty days of ERC's receipt of Plaintiff's Summons with Notice and, therefore, pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

      3.     Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state court and known to have been served by, or upon ERC, are attached hereto as composite Exhibit "A." ERC is not aware of any further proceeding in the above-described civil action.

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. Plaintiff's Summons with Notice states that Plaintiff is suing ERC for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"). Thus, Plaintiff's claim alleging one or more FDCPA violations arises under the laws of the United States and, under 28 U.S.C. § 1441(a), is removable to this Court.

6. Plaintiff's Summons with Notice further states that Plaintiff is suing ERC for alleged violation of New York General Business Law Section 349. Upon information and belief, Plaintiff's claim under this state statute is based on the same core of common allegations as the claim under the federal Fair Debt Collection Practices Act. Accordingly, this Court has supplemental jurisdiction over these claims and they are properly removable to this Court. *See* 28 U.S.C. §§ 1367, 1441(c).

7. ERC will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the Supreme Court of the State of New York, County of Suffolk, pursuant to 28 U.S.C. § 1446(d). ERC will also promptly provide a written copy of the Notice of Removal to Plaintiff.

8. ERC has complied with all conditions precedent to the removal of this action.

---

[1] Omitted from Exhibit "B" is Exhibit "1" of the Notice of Filing, which consists of this Notice of Removal.

Dated: New York, New York
April 3, 2017

**SMITH, GAMBRELL & RUSSELL, LLP**

By: /s/ Peter G. Goodman
Peter G. Goodman
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Phone: (212) 907-9700
Fax: (212) 907-9865
pgoodman@sgrlaw.com
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 3, 2017, a true and correct copy of the foregoing Notice of Removal was served via United States First Class Mail on the attorney for plaintiff at the address below:

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743

/s/ Peter G. Goodman
Peter G. Goodman