UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**FILED**
**CLERK**

11/8/2018 3:57 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

NIEASHA THOMAS,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

        Plaintiff,

v

ENHANCED RECOVERY COMPANY, LLC

        Defendant.

Civil Action, File No.
2:17-cv-01885-JMA-AKT

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendants with each party to bear its own costs and attorney's fees.

November 7, 2018

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

**SMITH, GAMBRELL & RUSSELL, LLP**

By:	/s/ Nicole Haff
Nicole Haff, Esq.
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Phone: (212) 907-9700
Fax: (212) 907-9800
Email: nhaff@sgrlaw.com
*Attorney for Defendant*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
11/8/2018